UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERNEST D. SOSA VARGAS,

    Plaintiff,

v.                                                 Case No: 2:18-cv-304-FtM-29CM

TYPTAP INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Permit Attendance of the Meeting of Parties on September 14, 2018 in the Southern District of Florida filed on September 11, 2018. Doc. 18. Plaintiff seeks the Court's permission for the parties to conduct their case management conference in person in Broward County, Florida. *Id.* For good cause shown and because the motion is unopposed, the Court shall grant the requested relief. The Court advises the parties, however, to exercise more caution when filing documents on CM/ECF. The present motion inappropriately was filed *ex parte*, and the docket entry inaccurately indicates the motion includes a request for a settlement conference. *See id.*

ACCORDINGLY, it is

**ORDERED:**

1. Plaintiff's Unopposed Motion to Permit Attendance of the Meeting of Parties on September 14, 2018 in the Southern District of Florida (Doc. 18) is

**GRANTED**. The parties shall be permitted to conduct their case management conference in Broward County, Florida.

2. The Clerk is directed to remove the *ex parte* restriction and the reference to a motion for settlement conference from the docket entry for Doc. 18.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of September, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record